# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:16-CV-722-FDW-DCK

| | | |
|---|---|---|
| **EYETALK365, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **AUGUST HOME, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No.  12) filed by Robert c. Van Arnam, concerning Joseph Milowic III on December 15, 2016.  Mr. Milowic seeks to appear as counsel *pro hac vice* for Defendant August Home, Inc.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No.  12) is **GRANTED**.  Mr. Milowic is hereby admitted *pro hac vice* to represent Defendant August Home, Inc.

**SO ORDERED**.

Signed: December 15, 2016

David C. Keesler
United States Magistrate Judge