UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-CV-00722-FDW-DCK

| | |
|---|---|
| EYETALK365, LLC, ) | |
|       Plaintiff, ) | |
| vs. ) | ORDER |
| AUGUST HOME, INC., ) | |
|       Defendant. ) | |

**THIS MATTER** is before the Court on the parties' Joint Stipulation of deadlines to supplement their respective infringement and invalidity contentions (Doc. No. 26) in light of this Court's granting leave for Plaintiff to file its Second Amended Complaint. The Court has reviewed the stipulation and ORDERS the following:

1. Plaintiff shall serve its Initial Infringement Contentions on Defendant within two weeks of filing its Second Amended Complaint, or no later than April 21, 2017;

2. Defendant shall serve its Initial Invalidity Contentions on Plaintiff within two weeks of service of Plaintiff's Initial Infringement Contentions, or no later than May 5, 2017.

The remaining deadlines set forth in this Court's Scheduling Order (Doc. No. 23) remain unchanged.

SO ORDERED.

Signed: April 5, 2017

Frank D. Whitney
Chief United States District Judge