UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00722-FDW-DCK

| | |
|---|---|
| EYETALK365, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) ORDER<br>) |
| AUGUST HOME, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal without Prejudice (Doc. No. 30) pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Having carefully considered the Motion, the record, and noting the consent of the parties, the Court GRANTS the Motion and DISMISSES the instant case without prejudice. The Clerk is respectfully DIRECTED to CLOSE THE CASE.

SO ORDERED.

Signed: June 14, 2017

Frank D. Whitney
Chief United States District Judge